UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JUAN BALDERRAMA-CRUZ, | ) | CASE NO.: 4:26-cv-01080 |
| | ) | |
| Petitioner, | ) | JUDGE BRIDGET MEEHAN BRENNAN |
| | ) | |
| v. | ) | |
| | ) | |
| KEVIN RAYCRAFT, Field Office | ) | **ORDER** |
| Director of Enforcement and Removal | ) | |
| Operations, Detroit Field Office, | ) | |
| Immigration and Customs | ) | |
| Enforcement, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

On May 13, 2026, Petitioner Juan Balderrama-Cruz filed a Joint Stipulation of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  (Doc. 10.)  Pursuant to Rule 41(a)(1)(A)(ii), this matter is DISMISSED.

This case is CLOSED.

**IT IS SO ORDERED.**

Date:  May 13, 2026

_____
BRIDGET MEEHAN BRENNAN
UNITED STATES DISTRICT JUDGE